■ MARIBETH D'ALAURO, Appellant, v RICHARD PETER D'ALAURO, Respondent. [51 NYS3d 426]—Appeal from an order of the Supreme Court, Suffolk County (John C. Bivona, J.), dated January 14, 2014. The order, insofar as appealed from, granted that branch of the defendant's motion which was to vacate a prior order of that court dated March 4, 2013, granting that branch of the plaintiff's motion which was to direct the defendant to utilize a portion of his 401K funds to bring the mortgage on the marital residence current, and directing the defendant to act as a receiver and sell the marital residence.

Ordered that the appeal is dismissed, without costs or disbursements.

The appeal from the order dated January 14, 2014, must be dismissed because the right of direct appeal therefrom terminated with the entry of a judgment in the action dated July 21, 2015 (see Matter of Aho, 39 NY2d 241, 248 [1976]). The issues raised on the appeal from that order are brought up for review and have been considered on the appeal from the judgment (D'Alauro v D'Alauro, 150 AD3d 675 [2d Dept 2017] [decided herewith]; see CPLR 5501 [a] [1]; Matter of Aho, 39 NY2d at 248). Balkin, J.P., Austin, LaSalle and Brathwaite Nelson, JJ., concur.